**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**CHATANOOGA DIVISION**

| | | |
|---|---|---|
| VANDA WYATT n/k/a WANDA WILHOITTE, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case N. 1:17-cv-0014 |
| | * | Judge Harry S. Mattice, Jr. |
| NATIONSTAR MORTGAGE, LLC, and SRP 2010-6, LLC, | * | |
| Defendants. | * | |

**STATUS UPDATE**

COME NOW, Wanda Wyatt ("Plaintiff"), Nationstar Mortgage, LLC, and SRP 2010-6, LLC ("Defendants") (collectively the "Parties"), by and through counsel and hereby provide the following status update:

On March 23, 2017, the parties filed a Motion for Extension of Time to File Response/Reply [Doc 11] to allow parties opportunity to discuss settlement and for Plaintiff to serve Defendant SRP 2010-6, LLC. On March 31, 2017, the Court entered an Order staying all deadlines pending service of Defendant SRP 2010-6, LLC, and counsel for same to enter an appearance.

SRP 2010-6, LLC, has retained counsel (shown below), and has been in communication with Plaintiff's counsel.

SRP 2010-06, LLC, was served on February 7, 2017, however, this service was deemed improper, and Plaintiff is now re-serving defendant, and is awaiting confirmation of service.

Plaintiff will notify the Court as soon as Proof of Service is returned.

In the interim, the parties are making a good faith effort to settle this matter, wherein Plaintiff has made an offer, and Defendants are in the process of reviewing it.

Respectfully Submitted this the 19th day of May 2017.

# # #


/s/Peter C. Ensign,
Peter C. Ensign, BPR # 017071
6111 Shallowford Road, Suite 105C
Chattanooga, TN 37421
423-510-0410
ensign@ensignlegal.com
*Counsel for Plaintiff*

/s/Phillip P. Welty
Phillip P. Welty, BPR # 20327
/s/Sarah L. Blood
Sarah L. Blood, BPR # 31994
Gullet, Sanford, Robinson & Martin
150 Third Avenue South, Suite 1700
Nashville, TN 37201
pwelty@gsrm.com, sblood@gsrm.com
*Counsel for Defendant, Nationstar*
*Mortgage LLC*

/s/Bret Chaness
Bret Chaness
Rubin Lublin, LLC
3145 Avalon ridge Place, Suite 100
Peachtree Corners, GA 30071
*Counsel for Defendant, SRP 2010-6, LLC*